**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
Civil No. 10-mc-24 (ADM/FLN)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MILTON WALLS, ) | |
| ) | |
| Respondent. ) | |

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated June 11, 2010, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that the Respondent, Milton Walls, is directed, within 30 days:

1. to obey every requirement of the IRS summons issued to him on December 2, 2009;

2. specifically, to appear within 30 days before Revenue Officer Eric Patterson at the IRS offices at 1921 Excel Drive, Mankato, Minnesota, 56001, to provide testimony and to produce the categories of documents and records listed in the summons at issue in this matter.

It is further ordered that the United States be awarded its costs for maintaining these actions.

DATED: July 6, 2010   s/Ann D. Montgomery
_____
Ann D. Montgomery
United States District Judge